Case# 2023-04686-6 - JUDGE:44 Received at County of Bucks Prothonotary on 12/01/2023 12:17 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents. E-Filed by: Craig A. Sopin, Esq.

CRAIG A. SOPIN, ESQUIRE
Identification No. 49587
601 Walnut Street
The Curtis Center, Suite 160-W
Philadelphia, PA  19106
(215) 928-0300

---

| | |
|---|---|
| RYAN E. SEABRIDGE<br>8 Nedsland Avenue<br>Titusville, NJ 08560 | : COURT OF COMMON PLEAS<br>: OF BUCKS COUNTY<br>:<br>: |
| vs. | : CIVIL ACTION<br>: |
| ANNELISE FITZSIMMONS<br>6227 Lower Mountain Road<br>New Hope, PA 18938 | :<br>:<br>: NO. 2023-04686 |

## NOTICE TO PLEAD

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defense or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the Complaint or for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

Lawyer Referral Service
Bucks County Bar Association
135 E. State Street
Doylestown, PA 18901
Telephone: (215) 348-9413



## AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificaion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASSOCIACION DE LICENCIADOS DE FILADELFIA
SERVICIO DE REFERENCIA Y INFORMACION LEGAL
135 E. State Street
Doylestown, PA 18901
Telephone: (215) 348-9413

Case# 2023-04686-6 - JUDGE:44 Received at County of Bucks Prothonotary on 12/01/2023 12:17 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents. E-Filed by: Craig A. Sopin, Esq.

## COMPLAINT - CIVIL ACTION

1. Plaintiff, Ryan E. Seabridge (hereinafter "Plaintiff"), is an adult individual domiciled and resident at 8 Nedsland Avenue, Titusville, NJ 08560.

2. Defendant, Annelise Fitzsimmons (hereinafter "Defendant"), is an adult individual who, based on information and belief, is domiciled and resident at 6227 Lower Mountain Road, New Hope, PA 18938.

3. On or about July 1, 2022 at approximately 11:30 P.M., plaintiff and defendant were separate patrons at Havana Restaurant located at or around 105 South Main Street, New Hope, PA.

4. During the course of the evening defendant approached the plaintiff unsolicited and struck up a conversation.

5. Defendant inquired of plaintiff if he wanted to hook up and f**k her. He answered in the affirmative and at or around 11:30 P.M. plaintiff and defendant walked to a driveway adjacent to someone's home in New Hope and engaged in consensual sexual acts.

6. When someone from the adjacent home opened her door and asked what plaintiff and defendant were doing, defendant falsely claimed that she was being raped.

7. The aforesaid woman told the parties not to leave as she was calling the police whereupon plaintiff informed the woman that he was certainly not leaving because he was not doing anything wrong.

8. When the police arrived, defendant confirmed with them that she was <u>not</u> raped.

Case# 2023-04686-6 - JUDGE:44 Received at County of Bucks Prothonotary on 12/01/2023 12:17 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents. E-Filed by: Craig A. Sopin, Esq.

9. Notwithstanding the above, the defendant recanted and falsely told the police that she was raped.

**COUNT I**
**PLAINTIFF VS. DEFENDANT**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

10. The averments of Paragraphs 1 through 9 are incorporated herein and made a part hereof as if fully set forth at length.

11. Defendant knew that her actions were false, malicious and intentional, designed to shield herself from any shame knowing that her aforesaid actions would cause extreme emotional distress, embarrassment and humiliation to plaintiff. Notwithstanding the above defendant continued to advance a false narrative that her plan on leaving the bar with plaintiff was merely to go somewhere to kiss.

12. As a result of defendant's intentional and willful actions as above, plaintiff suffered and continues to suffer extreme stress and depression requiring psychological intervention, a loss of self esteem, the need to defend a meritless criminal prosecution as well as humiliation and embarrassment over public records identifying him as a perpetrator of rape which he was not and for all of which damages are demanded.

13. Moreover, plaintiff was caused to expend sums in defending a meritless criminal case instigated by the defendant knowing that her allegations were untrue, for which damages are demanded.

WHEREFORE, Plaintiff, Ryan E. Seabridge, requests this Honorable Court to grant judgment in his favor and against Defendant, Annelise Fitzsimmons in an amount not in excess of $50,000.00.

Case# 2023-04686-6 - JUDGE:44 Received at County of Bucks Prothonotary on 12/01/2023 12:17 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents. E-Filed by: Craig A. Sopin, Esq.

Case# 2023-04686-6 - JUDGE:44 Received at County of Bucks Prothonotary on 12/01/2023 12:17 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents. E-Filed by: Craig A. Sopin, Esq.

## COUNT II
### PLAINTIFF VS. DEFENDANT
### NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

14. The averments of Paragraphs 1 through 13 are incorporated herein and made a part hereof as if fully set forth at length.

15. Defendant, by and through her aforesaid actions, negligently caused plaintiff to suffer emotional distress.

16. As a result of defendant's negligent actions, plaintiff suffered and continues to suffer extreme stress and depression requiring psychological intervention, a loss of self esteem, the need to defend a meritless criminal prosecution as well as humiliation and embarrassment over public records identifying him as a perpetrator of rape which he was not and for all of which damages are demanded.

17. Moreover, plaintiff was caused to expend sums in defending a meritless criminal case instigated by the defendant knowing that her allegations were untrue and for all of which damages are demanded.

WHEREFORE, Plaintiff, Ryan E. Seabridge, requests this Honorable Court to grant judgment in his favor and against Defendant, Annelise Fitzsimmons in an amount not in excess of $50,000.00.

CRAIG A. SOPIN, ESQUIRE

Case# 2023-04686-6 - JUDGE:44 Received at County of Bucks Prothonotary on 12/01/2023 12:17 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents. E-Filed by: Craig A. Sopin, Esq.

**VERIFICATION**

I verify that the statements made in the foregoing Complaint are true and correct to the best of my knowledge, information and belief based on information received. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

Ryan E Seabridge
RYAN E. SEABRIDGE

CRAIG A. SOPIN, ESQUIRE
Identification No. 49587
601 Walnut Street
The Curtis Center, Suite 160-W
Philadelphia, PA   19106
(215) 928-0300

---

| | |
|---|---|
| RYAN E. SEABRIDGE<br>8 Nedsland Avenue<br>Titusville, NJ 08560 | : COURT OF COMMON PLEAS<br>: OF BUCKS COUNTY<br>:<br>: |
| vs. | : CIVIL ACTION<br>: |
| ANNELISE FITZSIMMONS<br>6227 Lower Mountain Road<br>New Hope, PA 18938 | :<br>:<br>: NO. 2023-04686 |

### PROOF OF SERVICE

Ryan E. Seabridge, through his counsel, Craig A. Sopin, Esquire, does hereby certify that a copy of a Complaint In Civil Action in the above matter served by U.S. First Class Mail, postage prepaid on December 1, 2023 at follows:

Annelise Fitzsimmons
6227 Lower Mountain Road
New Hope, PA 18938

CRAIG A. SOPIN, ESQUIRE

Case# 2023-04686-6 - JUDGE:44 Received at County of Bucks Prothonotary on 12/01/2023 12:17 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents. E-Filed by: Craig A. Sopin, Esq.

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Signature: _____

Submitted By: <u>Craig A. Sopin, Esquire</u>

Attorney No. <u>49587</u>

Re:  Ryan E. Seabridge vs. Annelise Fitzsimmons
     Docket No. 2023-04686

Case# 2023-04686-6 - JUDGE:44 Received at County of Bucks Prothonotary on 12/01/2023 12:17 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents. E-Filed by: Craig A. Sopin, Esq.