Case #2023-04686

| | |
|---|---|
| **Case Number** | 2023-04686 |
| **Matter Code** | |
| **Commencement Date** | 8/8/2023 4:04:32 PM |
| **Last Filing Date** | 7/28/2025 |
| **Days Open** | 779 |
| **Case Type** | WRIT OF SUMMONS |
| **PFA Number** | |
| **Caption Plaintiff** | SEABRIDGE, RYAN E |
| **Caption Defendant** | FITZSIMMONS, ANNELISE |
| **Lis Pendens Indicator** | No |
| **Judge** | STEPHEN A. CORR |
| **Judge Code** | 44 |
| **Parcel Number** | |
| **Remarks** | WRIT OF SUMMONS TORT INTENTIONAL MONEY DAMAGES |
| **Sealed** | No |
| **Consolidated** | No |
| **PFA Indicator** | |

## Plaintiffs

| Name | Address | Counsel | Notify | Sequence | ProSe | Status |
|---|---|---|---|---|---|---|
| SEABRIDGE, RYAN E | 3 NEDLAND AVENUE TITUSVILLE, NJ, NJ 08560 UNITED STATES | Sopin, Craig A. | Yes | 1 | | |

## Defendants

| Name | Address | Counsel | Notify | Sequence | ProSe | Status |
|---|---|---|---|---|---|---|
| FITZSIMMONS, ANNELISE | 6227 LOWER MOUNTAIN ROAD NEW HOPE, PA 18938 UNITED STATES | Jarzyna, Konrad Bartlomiej | Yes | 1 | | |

## Docket Entries

| Seq. | Filing Date | | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|---|
| 0 | 8/8/2023 4:04:32 PM | E | WRIT OF SUMMONS TORT INTENTIONAL MONEY DAMAGES | No | 13435072 |
| 1 | 8/14/2023 3:20:10 PM | | RECEIVED IN SHERIFF'S OFFICE FOR SERVICE. TRANSACTION # 2023 1 09949 AMOUNT PAID $110.00 | No | 13438956 |
| 2 | 8/16/2023 2:53:09 PM | | SHERIFF' RETURN, UNDER OATH, NOT FOUND BY DEPUTY ANTHONY RHODUNDA AS TO DEFENDANT ANNELISE FITZSIMMONS. NOT SERVED OTHER. SPOKE WITH FATHER, SEAN FITZSIMMONS, WHO REFUSED SERVICE. ADVISED DAUGHTER WAS HOME AND THAT HE WOULD TELL HER SAME. 6227 LOWER MOUNTAIN ROAD, NEW HOPE, PA 18938, | No | 13441158 |
| 3 | 9/5/2023 2:56:49 PM | E | PRAECIPE TO REISSUE WRIT OF SUMMONS FILED. EO DIE, WRIT REISSUED. | No | 13455442 |
| 4 | 9/8/2023 8:40:47 AM | | RECEIVED IN SHERIFF'S OFFICE FOR SERVICE. TRANSACTION # 2023 1 11032 AMOUNT PAID $110.00 | No | 13457884 |
| 5 | 9/11/2023 8:31:27 AM | | SHERIFF'S RETURN, UNDER OATH, FILED. DEPUTY ANTHONY RHODUNDA ON 9/11/2023 AT 8:30 AM, SERVED DEFENDANT(S) PURSUANT TO PA.R.C.P. #402(A), SERVED ADULT IN CHARGE OF RESIDENCE (A)(2)(I) SEAN FITZSIMMONS, FATHER. ACCEPTED FOR DEFENDANT. 6227 LOWER MOUNTAIN ROAD, NEW HOPE, PA 18938, | No | 13459964 |
| 6 | 12/1/2023 12:17:52 PM | E | COMPLAINT IN TRESPASS, OTHER PERSONAL INJURY WITH NOTICE TO DEFEND. WITH SERVICE ON 12/01/2023. | No | 13519733 |
| 7 | 12/20/2023 10:52:00 AM | E | ANSWER AND NEW MATTER TO PLTFS COMPLAINT BY DEFT. WITH SERVICE ON 12/20/2023. | No | 13533629 |
| 8 | 12/21/2023 11:06:31 AM | E | PLTF'S ANSWER TO NEW MATTER OF DEFT. WITH SERVICE ON 12/21/2023. | No | 13534680 |
| 9 | 1/30/2024 1:48:06 PM | E | MOTION FOR JUDGMENT ON THE PLEADINGS BY DEFT ANNELISE FITZSIMMONS . WITH SERVICE ON 01/30/2024. | No | 13562606 |
| 10 | 1/30/2024 1:48:06 PM | E | MEMORANDUM OF LAW/BRIEF IN SUPPORT OF MOTION OF DEFT ANNELISE FITZSIMMONS FOR JUDGMENT ON THE PLEADINGS. WITH SERVICE ON 01/30/2024. | No | 13562614 |

"B"

| Seq. | Filing Date | | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|---|
| 11 | 1/30/2024 1:48:06 PM | E | CERTIFICATE OF SERVICE COPY OF MOTION FOR JUDGMENT ON THE PLEADINGS AND BRIEF BY DEFT VIA ELECTRONIC MAIL . WITH SERVICE ON 01/30/2024. | No | 13562616 |
| 12 | 2/1/2024 2:36:17 PM | E | ANSWER BY PLTF TO DEFT'S MOTION FOR JUDGMENT ON THE PLEADINGS. WITH SERVICE ON 02/01/2024. | No | 13565399 |
| 13 | 2/1/2024 2:40:31 PM | E | MEMORANDUM OF LAW/BRIEF BY DEFT | No | 13565409 |
| 14 | 3/1/2024 1:22:07 AM | | CASE INTERVENTION ORDER ENTERED. THIS ORDER WAS DOCKETED AND SENT PURSUANT TO PA.R.C.P.236 | No | 13588550 |
| 15 | 3/4/2024 8:40:53 AM | E | PRAECIPE UNDER B.C.R.C.P. 208.3(B). WITH SERVICE ON 03/03/2024. | No | 13590504 |
| 16 | 3/18/2024 8:45:54 AM | | FILE SENT TO JUDGE CORR PURSUANT TO RULE 208.3(B) PRAECIPE. FILED 3/4/2024 | No | 13603152 |
| 17 | 4/1/2024 4:01:01 PM | E | ORDER ENTERED DEFTS MOTION FOR JUDGMENT ON THE PLEADING IS DENIED BY STEPHEN A. CORR, J. THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 04/02/2024 PURSUANT TO PA. R. C. P. 236. | No | 13615687 |
| 18 | 9/1/2024 2:01:12 AM | | COURT ADMIN CASE MANAGEMENT ORDER ENTERED. CERTIFIED READY DATE 2/8/2025 | No | 13742070 |
| 19 | 3/25/2025 8:33:25 AM | E | ENTRY OF APPEARANCE OF KONRAD JARZYNA ESQ., ENTERED FOR DEFT | No | 13899816 |
| 20 | 4/2/2025 11:23:27 AM | | CASE ON (ARBITRATION,) LIST CONTINUED. | No | 13908087 |
| 21 | 4/4/2025 9:53:45 AM | E | MOTION/PETITION TO WITHDRAW APPEARANCE AS COUNSEL FOR DEFT. WITH SERVICE ON 04/04/2025. | No | 13910377 |
| 22 | 4/16/2025 9:57:58 AM | E | RULE RETURNABLE MAY 12, 2025 BY STEPHEN A. CORR, J. THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 04/16/2025 PURSUANT TO PA. R. C. P. 236. | No | 13919756 |
| 23 | 6/18/2025 9:59:25 AM | E | MOTION/PETITION TO MAKE RULE ABSOLUTE BY KONRAD B. JARZYNA, CONSEL FOR DEFT. WITH SERVICE ON 06/18/2025. | No | 13971121 |
| 24 | 6/24/2025 2:35:58 PM | E | NOTICE OF PENDING BANKRUPTCY PROCEEDINGS. CH 7 BK# 25-12532. | No | 13975839 |
| 25 | 7/14/2025 10:47:40 AM | | COURT ADMINISTRATION PROBLEM NOTICE. | No | 13990750 |
| 26 | 7/22/2025 9:25:27 AM | | CASE ON (ARBITRATION, ) LIST STRICKEN. | No | 13997992 |
| 27 | 7/28/2025 3:30:13 PM | E | ORDER ENTERED GRANTING LEAVE TO WITHDRAW AS COUNSEL BY STEPHEN A. CORR, J. THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 07/30/2025 PURSUANT TO PA. R. C. P. 236. | No | 14003512 |

## Transaction History

| Date | Receipt# | Type | Total | Note |
|---|---|---|---|---|
| 8/9/2023 | 2023-99-16667 | Transaction | $263.25 | |
| 3/4/2024 | 2024-99-04689 | Transaction | $21.25 | |