**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RYAN E. SEABRIDGE | : | CHAPTER 7 |
|    Creditor | : | |
|       vs. | : | Bankruptcy No. 25-12532-PMM |
| Annelise Fitzsimmons | : | |
|    Debtor | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- **COMPLAINT SEEKING NONDISCHARGEABILITY OF DEBTOR AND OTHER RELIEF**

I certify under penalty of perjury that the above document(s) were sent using the mode of service indicated.

Dated: 09/26/2025                  /s/ David M. Offen
                                            David M. Offen
                                            Attorney for Creditor/Plaintiff
                                            The Curtis Center
                                            601 Walnut Street, Suite 160 West
                                            Philadelphia, PA 19106
                                            215-625-9600
                                            info@offenlaw.com

Mailing List Exhibit: (Check all that apply.  If via e-mail, include e-mail address.  Continue to the next page if necessary.)

Annelise Fitzsimmons
6227 Lower Mountain Road
New Hope, PA 18938
**Debtor via 1ˢᵗ Class Mail**

Sadek Law Offices, LLC
Brad J. Sadek, Esquire
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
brad@sadeklaw.com
**Debtor's Counsel via CM/ECF & via 1ˢᵗ Class Mail**

Christine Shubert, Trustee
821 Wesley Avenue
Ocean City, NJ 08226
Christine.shubert@comcast.net
**Trustee via CM/ECF & via 1ˢᵗ Class Mail**

Office of the United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee via CM/ECF & via 1ˢᵗ Class Mail**