*Form L247* (3/23)–doc 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Annelise Fitzsimmons<br>　Debtor(s) | ) <br> ) <br> ) | Case No. 25–12532–pmm <br> Chapter 7 |
| Ryan E. Seabridge <br> Plaintiff(s) | ) <br> ) <br> ) | Adversary No. 25–00212–pmm |
| v. | ) <br> ) | |
| Annelise Fitzsimmons <br> Defendant(s) | ) <br> ) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court on or before October 29, 2025, except that the United States and its offices and agencies shall submit a motion or answer to the complaint on or before November 3, 2025.

　　Address of the clerk　　　　　　　　　　　Eastern District of Pennsylvania
　　　　　　　　　　　　　　　　　　　　　　　900 Market Street
　　　　　　　　　　　　　　　　　　　　　　　Suite 400
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19107

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

　　Name/Address of Plaintiff's Attorney　　　　DAVID M. OFFEN
　　　　　　　　　　　　　　　　　　　　　　　The Curtis Center
　　　　　　　　　　　　　　　　　　　　　　　601 Walnut Street
　　　　　　　　　　　　　　　　　　　　　　　Suite 160 West
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



　　　　　　　　　　　　　　　　　　　　　　　For The Court

　　　　　　　　　　　　　　　　　　　　　　　Mohung Wong
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

Date: September 29, 2025