**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RYAN E. SEABRIDGE | : | CHAPTER 7 |
|     Creditor | : | |
|         vs. | : | Bankruptcy No. 25-12532-PMM |
| Annelise Fitzsimmons | : | |
|     Debtor | : | Adversary No. 25-00212-pmm |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the U.S. 1st Class Mail:

- **SUMMONS IN ADVERSARY PROCEEDING**
- **COMPLAINT SEEKING NONDISCHARGEABILITY OF DEBTOR AND OTHER RELIEF**

I certify under penalty of perjury that the above document(s) were sent using the mode of service indicated.

Dated: 10/06/2025         /s/ David M. Offen
                          David M. Offen
                          Attorney for Creditor/Plaintiff
                          The Curtis Center
                          601 Walnut Street, Suite 160 West
                          Philadelphia, PA 19106
                          215-625-9600
                          info@offenlaw.com

Mailing List Exhibit: (Check all that apply.  If via e-mail, include e-mail address.  Continue to the next page if necessary.)

Christine Shubert, Trustee
821 Wesley Avenue
Ocean City, NJ 08226
Christine.shubert@comcast.net
**Trustee via 1st Class Mail**

Office of the United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee via 1st Class Mail**

Annelise Fitzsimmons
6227 Lower Mountain Road
New Hope, PA 18938
**Debtor via 1st Class Mail**

Sadek Law Offices, LLC
Brad J. Sadek, Esquire
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
brad@sadeklaw.com
**Debtor's Counsel via 1st Class Mail**