# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: Annelise Fitzsimmons,<br><br>                                            *Debtor*. | Case No. 25-12532-pmm<br>Chapter 7 |
| Ryan Seabridge,<br><br>                                            *Plaintiff*,<br><br>v.<br><br>Annelise Fitzsimmons,<br><br>                                            *Defendant*. | Adversary No. 25-00212-pmm |

**Notice of Appearance and Request for Notice**

To the Clerk of Court:

    Please enter my appearance on behalf of Defendant Annelise Fitzsimmons and provide me with service of all pleadings and papers via the CM/ECF system. Thank you.

Date: October 6, 2025

                    **SADEK LAW OFFICES LLC**
                    *Attorney for Defendant*

                    By: /s/ Michael I. Assad
                          Michael I. Assad (#330937)
                          1500 JFK Blvd., Suite 220
                          Philadelphia, PA 19102
                          215-545-0008
                          michael@sadeklaw.com