# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: Annelise Fitzsimmons,<br><br>*Debtor*. | Case No. 25-12532-pmm<br>Chapter 7 |
| Ryan Seabridge,<br><br>*Plaintiff*,<br><br>v.<br><br>Annelise Fitzsimmons,<br><br>*Defendant*. | Adversary No. 25-00212-pmm |

**Defendant's Motion to Correct Docket**

Defendant Annelise Fitzsimmons, through her attorney, moves for the entry of an order directing the Clerk to correct a clerical mistake on the docket, and states as follows:

1. The clerk issued a summons to the Defendant after the Plaintiff filed a Complaint commencing this adversary proceeding.

2. After issuance of the summons, the Plaintiff filed a certificate of service reflecting service of the summons and complaint on the Defendant and providing notice to, among others, Brad J. Sadek as the Defendant's attorney.

3. When docketing the certificate of service, the Plaintiff erroneously added Mr. Sadek to this action as a defendant.

4. The Complaint does not assert any claim for relief against Mr. Sadek, nor does it identify him as a defendant.

5. The Defendant requests that the Court enter an order directing the Clerk to correct the docket under Fed. R. Civ. P. 60(a) (incorporated by Fed R. Bankr. P. 9024) which authorizes

the Court to correct clerical mistakes and mistakes arising from oversight or omission in a judgment, order, or other part of the record.

6.    Correcting the docket to remove Mr. Sadek as a defendant would simply conform the docket to the pleadings and would not prejudice any party.

**FOR THOSE REASONS,** the Court must grant relief in the form of order attached, and further in the Defendant's favor if necessary and proper under the law.

Date: October 8, 2025                **SADEK LAW OFFICES LLC**
*Attorney for Defendant*

By: /s/ Michael I. Assad
    Michael I. Assad (#330937)
    1500 JFK Blvd., Suite 220
    Philadelphia, PA 19102
    215-545-0008
    michael@sadeklaw.com