# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: Annelise Fitzsimmons,<br><br>*Debtor*. | Case No. 25-12532-pmm<br>Chapter 7 |
| Ryan Seabridge,<br><br>*Plaintiff*,<br><br>v.<br><br>Annelise Fitzsimmons,<br><br>*Defendant*. | Adversary No. 25-00212-pmm |

### Order Directing Clerk to Correct Docket

**AND NOW**, upon consideration of the *Motion to Correct Docket* filed by Defendant Annelise Fitzsimmons, and for good cause shown, it is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Clerk must promptly correct the docket to remove Brad J. Sadek as a defendant.


Date: _____                    _____

                                        Patricia M. Mayer
                                        U.S. Bankruptcy Judge