# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: Annelise Fitzsimmons,<br><br>　　　　　　　　　　　　*Debtor*. | Case No. 25-12532-pmm<br>Chapter 7 |
| Ryan Seabridge,<br>　　　　　　　　　　　　*Plaintiff*,<br><br>　　　v.<br><br>Annelise Fitzsimmons,<br>　　　　　　　　　　　　*Defendant*. | Adversary No. 25-00212-pmm |

**Praecipe to Withdraw Document**

To the Clerk of Court:

　　Please withdraw the Defendant's Motion to Correct Docket filed at ECF No. 6. Thank you.

Date: October 10, 2025　　　　　　　　　**SADEK LAW OFFICES LLC**
　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*

　　　　　　　　　　　　　　　　　　　　By: /s/ Michael I. Assad
　　　　　　　　　　　　　　　　　　　　　　Michael I. Assad (#330937)
　　　　　　　　　　　　　　　　　　　　　　1500 JFK Blvd., Suite 220
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　　　215-545-0008
　　　　　　　　　　　　　　　　　　　　　　michael@sadeklaw.com