# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: Annelise Fitzsimmons,<br><br>*Debtor*. | Case No. 25-12532-pmm<br>Chapter 7 |
| Ryan Seabridge,<br><br>*Plaintiff*,<br><br>v.<br><br>Annelise Fitzsimmons,<br><br>*Defendant*. | Adversary No. 25-00212-pmm |

**Defendant's Motion to Seal Exhibit A to Motion for Sanctions Against David M. Offen**

Defendant Annelise Fitzsimmons, through her attorney, moves under Fed. R. Bankr. P. 9037(c)(2) and 9018, and Local Bankr. R. 5003-1 for authorization to file a document under seal. In support of this motion, the Defendant states as follows:

1. The Plaintiff initiated this adversary proceeding by filing a Complaint against the Defendant on September 26, 2025.

2. The Complaint was filed for the improper purpose of harassing the Defendant and needlessly increasing litigation costs. The allegations and factual contentions lack evidentiary support and are not likely to have evidentiary support after a reasonable opportunity for further investigation or discovery.

3. The Complaint was signed and filed by David M. Offen, the Plaintiff's attorney.

4. The Defendant is prepared to serve Mr. Offen with a motion for sanctions under Rule 9011, which will be filed with the Court if the Complaint is not withdrawn within twenty-one days after the motion is served.

5. Documents that the Defendant obtained from the Bucks County District Attorney's Office under 18 Pa. C.S. § 9158, the Pennsylvania Crime Victim Right of Access (the "Confidential Documents"), are relevant to demonstrate the improper purpose of the Complaint and show that the allegations and factual contentions therein are not likely to have evidentiary support after a reasonable opportunity for further investigation or discovery.

6. The Defendant intends to attach the Confidential Documents as Exhibit A to the sanctions motion.

7. The Court may "order that a filing be made under seal" if necessary to "protect governmental matters made confidential by statute or regulation." Fed. R. Bankr. P. 9037(c); Fed. R. Bankr. P. 9018(a)(3).

8. Because the Confidential Documents are protected under 18 Pa.C.S. § 9106, the Defendant seeks leave to file them under seal.

9. The Court may rule on this motion without a hearing under Local Bankr. R. 9014-2(1)(17).

**FOR THOSE REASONS,** the Court must grant relief in the form of order attached, and further in the Defendant's favor if necessary and proper under the law.

Date: October 12, 2025

**SADEK LAW OFFICES LLC**
*Attorney for Defendant*

By: /s/ Michael I. Assad
Michael I. Assad (#330937)
1500 JFK Blvd., Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com

2