# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: Annelise Fitzsimmons,<br><br>*Debtor*. | Case No. 25-12532-pmm<br>Chapter 7 |
| Ryan Seabridge,<br><br>*Plaintiff*,<br><br>v.<br><br>Annelise Fitzsimmons,<br><br>*Defendant*. | Adversary No. 25-00212-pmm |

**Certificate of Service**

     I, Michael I. Assad, certify that on October 12, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Defendant's Motion to Seal Exhibit A to Motion for Sanctions Against David M. Offen

     I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 12, 2025            /s/ Michael I. Assad
                                                 Michael I. Assad
                                                 Sadek Law Offices, LLC
                                                 1500 JFK Boulevard, Suite 220
                                                 Philadelphia, PA 19102
                                                 215-545-0008
                                                 michael@sadeklaw.com

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Ryan E. Seabridge<br>8 Nedsland Avenue<br>Titusville, NJ 08560 | Plaintiff | ☒ First Class Mail |
| David M. Offen | Plaintiff's Attorney | ☒ CM/ECF |