# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: Annelise Fitzsimmons,<br><br>*Debtor*. | Case No. 25-12532-pmm<br>Chapter 7 |
| Ryan Seabridge,<br><br>*Plaintiff*,<br><br>v.<br><br>Annelise Fitzsimmons,<br><br>*Defendant*. | Adversary No. 25-00212-pmm |

**Order Sealing Exhibit A to Motion for Sanctions Against Daivd M. Offen**

 **AND NOW**, upon consideration of the *Motion to Seal Exhibit A to Motion for Sanctions Against Daivd M. Offen* filed by Defendant Annelise Fitzsimmons, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Exhibit A to the Defendant's Motion for Sanctions Against Daivd M. Offen (the "Sealed Document") shall be filed under seal.

3. The Defendant shall present the Sealed Document to the Deputy Clerk assigned to this case, who shall docket it in accordance with this order.

4. Electronic access to the Sealed Document shall be restricted to the CM/ECF users that have entered appearances in this case.

5. Notwithstanding the provisions of Local Bankr. R. 5003-2(b), the Sealed Document will remain sealed until further order of the court.

6. The court retains jurisdiction to interpret and enforce this order.

Date:
**October 15, 2025**

*Patricia M. Mayer*
Patricia M. Mayer
U.S. Bankruptcy Judge