United States Bankruptcy Court
Eastern District of Pennsylvania

Seabridge,
    Plaintiff

Adv. Proc. No. 25-00212-pmm

Fitzsimmons,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Oct 15, 2025      Form ID: pdf900      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Annelise Fitzsimmons, 6227 Lower Mountain Road, New Hope, PA 18938-9626 |
| pla | + | Ryan E. Seabridge, 8 Nedsland Avenue, Titusville, NJ 08560-1712 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: james.gannone@usdoj.gov | Oct 16 2025 00:57:00 | James Gannone, DOJ-Ust, Robert N.C. Nix Federal Courthouse, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Oct 16 2025 00:57:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 17, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2025 at the address(es) listed below:

**Name**    **Email Address**

DAVID M. OFFEN

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 15, 2025 | Form ID: pdf900 | Total Noticed: 4 |

on behalf of Plaintiff Ryan E. Seabridge dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

MICHAEL I. ASSAD

on behalf of Defendant Annelise Fitzsimmons michael@sadeklaw.com sadeklaw@recap.email

TOTAL: 2

# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: Annelise Fitzsimmons,<br><br>                              *Debtor*. | Case No. 25-12532-pmm<br>Chapter 7 |
| Ryan Seabridge,<br><br>                              *Plaintiff*,<br><br>v.<br><br>Annelise Fitzsimmons,<br><br>                              *Defendant*. | Adversary No. 25-00212-pmm |

**Order Sealing Exhibit A to Motion for Sanctions Against Daivd M. Offen**

**AND NOW**, upon consideration of the *Motion to Seal Exhibit A to Motion for Sanctions Against Daivd M. Offen* filed by Defendant Annelise Fitzsimmons, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Exhibit A to the Defendant's Motion for Sanctions Against Daivd M. Offen (the "Sealed Document") shall be filed under seal.

3. The Defendant shall present the Sealed Document to the Deputy Clerk assigned to this case, who shall docket it in accordance with this order.

4. Electronic access to the Sealed Document shall be restricted to the CM/ECF users that have entered appearances in this case.

5. Notwithstanding the provisions of Local Bankr. R. 5003-2(b), the Sealed Document will remain sealed until further order of the court.

6. The court retains jurisdiction to interpret and enforce this order.

Date:
**October 15, 2025**

_Patricia M. Mayer_
Patricia M. Mayer
U.S. Bankruptcy Judge