**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Annelise Fitzsimmons,** | : | Chapter 7 |
| Debtor. | : | Bky. No. 25-12532 (PMM) |
| _____: | | |
| **Ryan E. Seabridge,** | : | |
| Plaintiff. | : | Adv. No. 25-0212 (PMM) |
| | : | |
| v. | : | |
| | : | |
| **Annelise Fitzsimmons,** | : | |
| **Defendant** | | |

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

## ORDER TO SHOW CAUSE

**AND NOW**, this Adversary Proceeding having been filed on September 26, 2025;

BUT the Plaintiff having failed to date to pay the $350.00 filing fee;

It is hereby ordered that that:

Counsel for the Plaintiff **SHALL APPEAR** for a hearing on **Wednesday, November 5, 2025 at 9:30 a.m**. in Bankruptcy Courtroom No. 3, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107 and **show cause** why this Adversary Proceeding should not be dismissed.

*Patricia M. Mayer*

**Date: 10/21/25**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**