# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: Annelise Fitzsimmons,<br><br>                                    *Debtor*. | Case No. 25-12532-pmm<br>Chapter 7 |
| Ryan Seabridge,<br><br>                                    *Plaintiff*,<br><br>               v.<br><br>Annelise Fitzsimmons,<br><br>                                    *Defendant*. | Adversary No. 25-00212-pmm |

### Order Dismissing Adversary Proceeding with Prejudice

**AND NOW**, upon consideration of the *Motion to Dismiss Adversary Proceeding with Prejudice* filed by Defendant Annelise Fitzsimmons, after notice and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. This adversary proceeding is **DISMISSED** with prejudice.

3. The court retains jurisdiction over the Defendant's Motion for Sanctions against David M. Offen

Date:                                                                     _____
                                                                          Patricia M. Mayer
                                                                          U.S. Bankruptcy Judge