# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: Annelise Fitzsimmons,<br><br>*Debtor*. | Case No. 25-12532-pmm<br>Chapter 7 |
| Ryan Seabridge,<br><br>*Plaintiff*,<br><br>v.<br><br>Annelise Fitzsimmons,<br><br>*Defendant*. | Adversary No. 25-00212-pmm |

**Certificate of Service**

    I, Michael I. Assad, certify that on October 21, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Defendant's Motion to Dismiss Adversary Proceeding with Prejudice

- Notice of Motion to Dismiss Adversary Proceeding with Prejudice and Response Deadline

    I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 21, 2025

/s/ Michael I. Assad  
Michael I. Assad  
Sadek Law Offices, LLC  
1500 JFK Boulevard, Suite 220  
Philadelphia, PA 19102  
215-545-0008  
michael@sadeklaw.com

**Mailing List Exhibit**

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Ryan E. Seabridge<br>8 Nedsland Avenue<br>Titusville, NJ 08560 | Plaintiff | ☒ First Class Mail |
| David M. Offen | Plaintiff's Attorney | ☒ CM/ECF |