# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Annelise Fitzsimmons,**  Chapter 7

    **Debtor.**  Bky. No. 25-12532 (PMM)

**Ryan E. Seabridge,**

    **Plaintiff.**  Adv. No. 25-0212 (PMM)

    v.

**Annelise Fitzsimmons,**

    **Defendant.**

## ORDER

**AND NOW**, upon consideration of the Defendant's Motion to Dismiss (doc. #12, the "Motion"):

It is hereby **ORDERED** that the Plaintiff shall file a response to the Motion on or before **November 14, 2025**.

Dated: 10/22/25

*Patricia M. Mayer*

Hon. Patricia M. Mayer
United States Bankruptcy Judge