*Form 216* (3/23)–doc 16 – 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Annelise Fitzsimmons<br>    Debtor(s) | ) ) ) | Case No. 25–12532–pmm<br>Chapter 7 |
| Ryan E. Seabridge<br>Plaintiff | ) ) ) | |
| | ) | Adversary No. 25–00212–pmm |
| v. | ) ) | |
| Annelise Fitzsimmons<br>Defendant | ) ) | |

## Notice Requiring Fee

A review of the court record indicates that the following outstanding fee is due to the bankruptcy court relating to the filing of the document noted:

Notice of Fee Due $350.00 Re: Adversary case 25–00212. (related document(s)3). Fee due by 10/29/2025. (AS)

Please login into CM/ECF (https://ecf.paeb.uscourts.gov) and pay these fees by clicking on the Utilities Menu and selecting the "Internet Payment Due" option. If you are having technical difficulties in processing your payment, please contact the court at 215–408–2800.

If the payment is not processed on or before October 29, 2025, this matter will be referred to the Court.

Date: October 22, 2025

For The Court

Mohung Wong
Clerk of Court