United States Bankruptcy Court
Eastern District of Pennsylvania

Seabridge,
    Plaintiff

Fitzsimmons,
    Defendant

Adv. Proc. No. 25-00212-pmm

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Oct 21, 2025      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: james.gannone@usdoj.gov | Oct 22 2025 00:47:00 | James Gannone, DOJ-Ust, Robert N.C. Nix Federal Courthouse, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Oct 22 2025 00:47:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 23, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2025 at the address(es) listed below:

**Name**      **Email Address**

DAVID M. OFFEN
    on behalf of Plaintiff Ryan E. Seabridge dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

MICHAEL I. ASSAD
    on behalf of Defendant Annelise Fitzsimmons michael@sadeklaw.com sadeklaw@recap.email

District/off: 0313-2　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Oct 21, 2025　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　　Total Noticed: 2
TOTAL: 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Annelise Fitzsimmons, | : | Chapter 7 |
| Debtor. | : | Bky. No. 25-12532 (PMM) |
| _____ | : | |
| Ryan E. Seabridge, | : | |
| Plaintiff. | : | Adv. No. 25-0212 (PMM) |
| v. | : | |
| | : | |
| Annelise Fitzsimmons, Defendant | : | |

---------------------------------

### ORDER TO SHOW CAUSE

**AND NOW**, this Adversary Proceeding having been filed on September 26, 2025;

BUT the Plaintiff having failed to date to pay the $350.00 filing fee;

It is hereby ordered that that:

Counsel for the Plaintiff **SHALL APPEAR** for a hearing on **Wednesday, November 5, 2025 at 9:30 a.m**. in Bankruptcy Courtroom No. 3, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107 and **show cause** why this Adversary Proceeding should not be dismissed.

*Patricia M. Mayer*

Date: 10/21/25

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**