*E-filed 4/1/24 Sopin Jarzyna email*

# IN THE COURT OF COMMON PLEAS OF BUCKS COUNTY, PENNSYLVANIA
## CIVIL ACTION LAW

| | |
|---|---|
| RYAN E. SEABRIDGE,<br><br>*Plaintiff,*<br><br>v.<br><br>ANNELISE FITZSIMMONS,<br><br>*Defendant.* | No. 2023-04686 |

### ORDER

AND NOW, this 1st day of April, 2024, upon consideration of the Motion of Defendant Annelise Fitzsimmons for Judgment on the Pleadings, and any and all responses thereto, it is hereby **ORDERED** and **DECREED** that Defendant's Motion for Judgment on the Pleadings is **DENIED**.

BY THE COURT:

*[signature]*

STEPHEN A. CORR,    J.

N.B.  It is your responsibility to notify all interested parties of the above action.

"B"