UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: ANNELISE FITZSIMMONS,  : Case No. 25-12532-pmm
                Debtor  : Chapter 7
                                                :

---

RYAN SEABRIDGE,  :
            Plaintiff  : Adversary No. 25-00212-pmm
                        :
  vs.  :
                        :
ANNELISE FITZSIMMONS,  :
           Defendant  :

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the U.S. 1st Class Mail:

\* **Plaintiff's Answer to Defendant's Motion Dismiss Adversary Proceeding With Prejudice.**

I certify under penalty of perjury that the above document(s) were sent using the mode of service indicated.

Dated: 11/13/2025            /s/ David M. Offen
                                        David M. Offen
                                        Attorney for Creditor/Plaintiff
                                        The Curtis Center
                                        601 Walnut Street, Suite 160 West
                                        Philadelphia, PA 19106
                                        215-625-9600
                                        info@offenlaw.com

Christine Shubert, Trustee
821 Wesley Avenue
Ocean City, NJ 08226
Christine.shubert@comcast.net
**Trustee via 1st Class Mail**

Office of the United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee via 1st Class Mail**

Annelise Fitzsimmons
6227 Lower Mountain Road
New Hope, PA 18938
**Debtor via 1st Class Mail**

Sadek Law Offices, LLC
Brad J. Sadek, Esquire
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
brad@sadeklaw.com
**Debtor's Counsel via 1st Class Mail**