# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: Annelise Fitzsimmons,<br><br>*Debtor*. | Case No. 25-12532-pmm<br>Chapter 7 |
| Ryan Seabridge,<br><br>*Plaintiff*,<br><br>v.<br><br>Annelise Fitzsimmons,<br><br>*Defendant*. | Adversary No. 25-00212-pmm |

**Certificate of Service**

I, Michael I. Assad, certify that on November 28, 2025, I did cause a true and correct copy of the documents described below to be served on ~~the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to~~ all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Defendant's Reply to Plaintiff's Objection to Motion to Dismiss

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: November 28, 2025        /s/ Michael I. Assad
                               Michael I. Assad
                               Sadek Law Offices, LLC
                               1500 JFK Boulevard, Suite 220
                               Philadelphia, PA 19102
                               215-545-0008
                               michael@sadeklaw.com