## United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: Annelise Fitzsimmons,<br><br>*Debtor*. | Case No. 25-12532-pmm<br>Chapter 7 |
| Ryan Seabridge,<br><br>*Plaintiff*,<br><br>v.<br><br>Annelise Fitzsimmons,<br><br>*Defendant*. | Adversary No. 25-00212-pmm |

**Defendant's Motion to Set Hearing on Motion to Dismiss**

Defendant Annelise Fitzsimmons, through her attorney, respectfully requests that the Court schedule a hearing for oral argument on her Motion to Dismiss at a date and time convenient to the Court. Because the Motion raises threshold issues that may dispose of or significantly narrow this adversary proceeding, oral argument will allow the parties to clarify their positions and answer the Court's questions efficiently.

Date: November 28, 2025

**SADEK LAW OFFICES LLC**
*Attorney for Defendant*

By: /s/ Michael I. Assad
    Michael I. Assad (#330937)
    1500 JFK Blvd., Suite 220
    Philadelphia, PA 19102
    215-545-0008
    michael@sadeklaw.com