### United States Bankruptcy Court
### Eastern District of Pennsylvania

| | |
|---|---|
| In re: Annelise Fitzsimmons,<br><br>*Debtor*. | Case No. 25-12532-pmm<br>Chapter 7 |
| Ryan Seabridge,<br><br>*Plaintiff*,<br><br>v.<br><br>Annelise Fitzsimmons,<br><br>*Defendant*. | Adversary No. 25-00212-pmm |

**Order Setting Hearing on Defendant's Motion to Dismiss**

**AND NOW**, upon consideration of the *Motion to Set Hearing* filed by Defendant Annelise Fitzsimmons, and for good cause shown, it is hereby **ORDERED** that a hearing to consider the Defendant's Motion to Dismiss will be heard by the court on Wednesday, _____ at 9:30 a.m. in Bankruptcy Courtroom No. 3, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107.

Date:

                                                          Patricia M. Mayer
                                                          U.S. Bankruptcy Judge