# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: Annelise Fitzsimmons, | Case No. 25-12532-pmm |
| | Chapter 7 |
| *Debtor.* | |
| Ryan Seabridge, | Adversary No. 25-00212-pmm |
| *Plaintiff,* | |
| v. | |
| Annelise Fitzsimmons, | |
| *Defendant.* | |

### Certificate of Service

I, Michael I. Assad, certify that on November 28, 2025, I did cause a true and correct copy of the documents described below to be served on ~~the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to~~ all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Defendant's Motion to Set Hearing on Motion to Dismiss

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: November 28, 2025

/s/ Michael I. Assad
Michael I. Assad
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com